IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-236-WYD-PAC

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff(s),

v.

DATA SERVICES, LLC, a/k/a POLS CORPORATION a/k/a DISSEMINATION SERVICES, LLC a/k/a OTCOVERLOOKEDSTOCKS.COM, a Texas limited liability company; and
SHANE A. MULLHOLAND;
its Officer and Directors,

    Defendant(s).

---

**ORDER**

---

    THIS MATTER is before the Court on review of the file.  This case was brought as a class action under Fed. R. Civ. P. 23(b)(2) alleging violations of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 ("TCPA").  Plaintiff seeks declaratory and injunctive relief as well as statutory damages.  Defendants filed Motions to Dismiss on May 27, 2005, asserting that Plaintiff, as an assignee, lacks standing to bring its TCPA claim under Colorado law.  On November 10, 2005, I entered an Order staying this case in all respects pending resolution of the issues raised in the Motions to Dismiss in a separate case currently pending before the Tenth Circuit.  For docket management purposes, I now deny Defendants' Motion to Dismiss without prejudice.  Defendants may refile the Motions to Dismiss when the stay in this case is lifted.

ORDERED that Defendant Data Services, LLC's Motion to Dismiss, filed May 27, 2005 (docket #6) and Defendant Shane A. Mullholand's Motion to Dismiss, filed May 27, 2005 (docket #5) are **DENIED WITHOUT PREJUDICE**.

Dated: January 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge