IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00236-WYD-KLM

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff(s),

v.

DATA SERVICES, LLC, a/k/a POLS CORPORATION a/k/a DISSEMINATION SERVICES, LLC a/k/a OTCOVERLOOKEDSTOCKS.COM, a Texas limited liability company; and
SHANE A. MULLHOLAND;
its Officer and Directors,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice, filed May 15, 2008 (docket #33). The Court, having reviewed the Stipulation and premises therein, it is hereby

ORDERED that the Stipulation of Dismissal with Prejudice, filed May 15, 2008 (docket #33) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

    Dated: May 20, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge